# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | NO. 07-CR-30194-01-WDS |
| PAMELA HOUSTON, | ) ) ) | |
| Defendant. | ) | |

## <u>O R D E R</u>

**STIEHL, District Judge**

This matter comes before the Court on a hearing to modify the conditions of supervised release. The Court finds that the defendant agrees to modifications of the terms of supervised release to include participation in a drug treatment program. Any payments made towards restitution are to be made in the amount of $25.00 per month while the defendant is unemployed and $100.00 per month once the defendant becomes employed. Defendant shall make active effort to find employment and report her efforts on a semi-monthly basis to the U. S. Probation Office. Defendant is instructed to discuss with the U. S. Probation Office the possibility of finding some place where she can provide community service at the rate of 20 hours per week, while the defendant is unemployed.

The Court **STAYS** any order regarding a residential re-entry program at this time.

**IT IS SO ORDERED.**

**DATED:** April 30, 2008

                                                  *S/WILLIAM D. STIEHL*
                                                  **DISTRICT JUDGE**